UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHELDON THOMAS,                                    CIVIL NO. 04-1425 (DSD/JSM)

      Plaintiff,

v.                                                                        <u>ORDER</u>

LT. WOLFORD,

      Defendant.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 13, 2005.   No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss First Amended Complaint [Docket No. 44] is **GRANTED**.


Dated: January 5, 2006


                                 <u>s/David S. Doty</u>
                                 DAVID S. DOTY
                                 United States District Court Judge