UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-1425(DSD/JSM)

Sheldon Thomas,

      Plaintiff,

v.                                              **ORDER**

Lt. Wolford,

      Defendant.


This matter is before the court upon objections by plaintiff Sheldon Thomas ("Thomas") to the report and recommendation of Magistrate Judge Janie S. Mayeron dated February 8, 2008. In her report, the magistrate judge recommends that defendant's motion for summary judgment be granted.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 161] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for summary judgment [Doc. No. 140] be granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 25, 2008

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court